Richard S. Cohen (State Bar #004746)
Justin S. Pierce (State Bar #022646)
**JACKSON LEWIS LLP**
2398 East Camelback Road, Suite 1060
Phoenix, AZ  85016
Tel. (602) 714-7044
Fax (602) 714-7045
cohenr@jacksonlewis.com
piercej@jacksonlewis.com

*Attorneys for Defendants*
   *Town of Springerville and Steve West*


Michelle R. Matheson (State Bar #019568)
Matthew E. Walls (State Bar #026523)
**MATHESON & MATHESON, P.L.C.**
14358 N. Frank Lloyd Wright Blvd.,
Suite 11
Scottsdale, AZ 85260
(480-889-8951)
mmatheson@mathesonlegal.com
mwalls@mathesonlegal.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sheila Dulhanty,<br><br>             Plaintiff,<br><br>     vs.<br><br>TOWN OF SPRINGERVILLE, an Arizona municipal corporation; STEVE WEST, a married man,<br><br>             Defendants. | Case No. 3:10-cv-08238-ECV<br><br>**STIPULATION FOR DISMISSAL** |

The parties hereby stipulate and agree to dismiss this action with prejudice, each party to bear its own attorneys' fees and costs.

1

RESPECTFULLY SUBMITTED this 27th day of January 2012.

JACKSON LEWIS LLP


By: /s/ Justin S. Pierce
    Richard S. Cohen
    Justin S. Pierce
    2398 E. Camelback Road, Suite 1060
    Phoenix, AZ 85016
    *Attorneys for Defendants*


MATHESON & MATHESON, P.L.C.


By: /s/ Michelle R. Matheson
    Michelle R. Matheson
    Matthew E. Walls
    14358 N. Frank Lloyd Wright Blvd.,
    Suite 11
    Scottsdale, AZ 85260
    *Attorneys for Plaintiff*

4814-2048-4366, v. 1