UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sheila Dulhanty,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TOWN OF SPRINGERVILLE, an Arizona municipal corporation; STEVE WEST, a married man,<br><br>                    Defendants. | Case No. 3:10-cv-08238-ECV<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED dismissing this matter with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 1st day of February, 2012.

Edward C. Voss
United States Magistrate Judge

1